Filing # 168224503 E-Filed 03/07/2023 03:21:26 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
IN AND FOR COLLIER COUNTY, FLORIDA
CIVIL DIVISION

MALGORZATA SANDT,

   Plaintiff,

vs.                CASE NO:

THE STANDARD FIRE INSURANCE
COMPANY,

   Defendant.
_____/

## COMPLAINT

  Plaintiff, **MALGORZATA SANDT**, sues Defendant, **THE STANDARD FIRE INSURANCE COMPANY,** and alleges:

  1. This is an action for damages that exceeds the sum of FIFTY THOUSAND AND ONE DOLLARS ($50,001.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$50,001.00" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

  2. At all times material to this action, Plaintiff, **MALGORZATA SANDT,** was a natural person residing in Charlotte County, Florida.

  3. At all times material to this action, Defendant, **THE STANDARD FIRE INSURANCE COMPANY,** was a foreign profit corporation licensed to do business in the State of

Florida and has an agent or other representatives in Collier County, Florida, and therefore, venue lies in Collier County, Florida.

4. On or about January 10, 2022, at the time of the subject collision, tortfeasor, Derek Rodriguez, operated a motor vehicle eastbound on Immokalee Road at or near its intersection with Collier Boulevard, Naples, Collier County, Florida.

5. At that time and place, tortfeasor, Derek Rodriguez, negligently operated and/or maintained his motor vehicle so that it collided with Plaintiff's vehicle.

6. As a direct and proximate result of the subject incident, Plaintiff, **MALGORZATA SANDT**, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, the loss of the ability to earn money, and aggravation of a previously existing condition. These losses are either permanent or continuing and Plaintiff, **MALGORZATA SANDT**, will suffer the losses in the future.

7. Prior to the time of this accident herein described, the Defendant, **THE STANDARD FIRE INSURANCE COMPANY**, issued and delivered to Plaintiff, **MALGORZATA SANDT**, an Uninsured Motorist Insurance Policy, protecting Plaintiff who was operating a motor vehicle at the time of the accident, against losses and damages resulting from the negligence of uninsured motorists.

8. Said Uninsured Motorist Insurance Policy was in effect on January 10, 2022, the date of this accident herein described.

9. Under the terms of the insurance policy, Defendant, **THE STANDARD FIRE INSURANCE COMPANY**, provided non-stacked uninsured motorist coverage for Plaintiff in the amount of $100,000/$300,000.

10. Plaintiff, **MALGORZATA SANDT**, is entitled to uninsured motorist coverage through the policy with the Defendant, **THE STANDARD FIRE INSURANCE COMPANY**, as a result of the subject accident.

11. At all times material to this action, tortfeasor, Derek Rodriguez, was an uninsured motorist in that they carried liability insurance coverage with limits less than Plaintiff's total damages as a result of the accident.

12. Under the Defendant, **THE STANDARD FIRE INSURANCE COMPANY's**, insurance policy, the Plaintiff, **MALGORZATA SANDT**, is entitled to recover against the Defendant for Plaintiff's injuries, damages and losses set forth above, which were caused by the negligence of tortfeasor, Derek Rodriguez.

**WHEREFORE**, Plaintiff, **MALGORZATA SANDT,** demands judgment for damages against Defendant, **THE STANDARD FIRE INSURANCE COMPANY**, and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

RESPECTFULLY submitted this 7th day of March, 2023.

*/s/ Dehnolm S. Iafornaro*
DEHNOLM S. IAFORNARO, ESQ.
FBN: 1022369
Morgan & Morgan
12800 University Dr., Suite 600
Ft Myers, FL 33907
Phone: (239) 244-8013
Facsimile: (239) 244-8232
Attorneys for Plaintiff
E-Mail: diafornaro@forthepeople.com
rjohnson@forthepeople.com
cfavier@forthepeople.com